DONALD MANCO, PLAINTIFF-APPELLANT, v. TOWN OF IRVINGTON AND SAL DI COSTANZO, FIRE CHIEF AND DIRECTOR, DEPARTMENT OF FIRE, TOWN OF IRVINGTON, DEFENDANTS-RESPONDENTS.

Argued December 4, 1973—Decided January 2, 1974.

*Mr. Peter A. Buchsbaum* argued the cause for appellant.

*Mr. Herman W. Kurtz,* Assistant Town Attorney argued the cause for respondents (*Mr. Samuel J. Zucker,* attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *Manco v. Town of Irvington,* reported at 126 *N. J. Super.* 148. (App. Div. 1973)

*For affirmance*—Acting Chief Justice JACOBS, Justices HALL, SULLIVAN, PASHMAN and CLIFFORD and Judges CONFORD and COLLESTER—7.

*For reversal*—None.